Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC.,

    Plaintiff(s),

 v.

LOCAL LIGHTHOUSE CORP.,

    Defendant(s).

Case No: 4:15-cv-04219

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

 I, Brendan J. Hughes, an active member in good standing of the bar of State of Maryland, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Google Inc. in the above-entitled action. My local co-counsel in this case is Michael G. Rhodes, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1299 Pennsylvania Avenue, N.W., Suite 700<br>Washington, DC  20004-2400 | 101 California Street, Fifth Floor<br>San Francisco, CA  94111-5800 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 842-7800 | (415) 693-2000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bhughes@cooley.com | rhodesmg@cooley.com |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 17042.

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

 *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/25/15

           Brendan J. Hughes
           APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

 IT IS HEREBY ORDERED THAT the application of Brendan J. Hughes is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/5/2015

           *Haywood S. Gilliam Jr.*
           UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE



# Certificate of Good Standing

## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland, certify that Brendan Joseph Hughes, Bar No. 17042, was duly admitted to practice in this Court on 5/7/2007, and is in good standing as a member of the Bar of this Court.

Clerk of Court

Date: 9/23/2015

Sierra Dennison
Deputy Clerk

*This Certificate is valid for 90 days from the date issued.*