Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC.,  )
            )  Case No: 4:15-cv-04219
    Plaintiff(s),  )
            )  **APPLICATION FOR**
    v.      )  **ADMISSION OF ATTORNEY**
            )  **PRO HAC VICE**
LOCAL LIGHTHOUSE CORP.,  )  (CIVIL LOCAL RULE 11-3)
            )
    Defendant(s).  )
            )

I, Rebecca Givner-Forbes, an active member in good standing of the bar of Commonwealth of Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Google Inc. in the above-entitled action. My local co-counsel in this case is Michael G. Rhodes, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1299 Pennsylvania Avenue, N.W., Suite 700 Washington, DC  20004-2400 | 101 California Street, Fifth Floor San Francisco, CA  94111-5800 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 842-7800 | (415) 693-2000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rgivnerforbes@cooley.com | rhodesmg@cooley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 83921.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/25/15

Rebecca Givner-Forbes
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rebecca Givner-Forbes is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/5/2015

*[signature: Haywood S. Gill Jr.]*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

Rebecca Karli Givner-Forbes

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2012.

I further certify that so far as the records of this office are concerned, Rebecca Karli Givner-Forbes is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 23rd day of September A.D. 2015

By: _____
*Deputy Clerk*