COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone: 415 693 2000
Facsimile: 415 693 2222

BRENDAN J. HUGHES (*pro hac vice*)
(bhughes@cooley.com)
REBECCA GIVNER-FORBES (*pro hac vice*)
(rgivnerforbes@cooley.com)
1299 Pennsylvania Avenue, NW, Ste. 700
Washington, DC 20004
Telephone: 202 842 7826
Facsimile: 202 842 7899

Attorneys for Plaintiff
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LOCAL LIGHTHOUSE CORP., a California corporation,<br><br>Defendant. | **Case No.  3:15-cv-04219-HSG**<br><br>**NOTICE OF REQUEST FOR PERMISSION TO APPEAR AT CASE MANAGEMENT CONFERENCE IN LIEU OF LEAD TRIAL COUNSEL AND ORDER**<br><br>JUDGE:  HON. HAYWOOD S. GILLIAM, JR.<br>DATE:  DECEMBER 22, 2015<br>TIME:  2:00 PM<br>COURTROOM:  15<br>TRIAL DATE:  NOT YET SET |

In accordance with Civil L.R. 16-10, due to a scheduling conflict, counsel for Plaintiff Google Inc. ("Google") respectfully requests permission for Mr. Brendan Hughes of Cooley LLP to participate in the initial Case Management Conference on December 22, 2015 instead of Google's lead trial counsel, Mr. Michael Rhodes of Cooley LLP. (Dkt. No. 17.)

Mr. Hughes is a partner at Cooley LLP and has been admitted *pro hac vice* to represent Google before this Court in this litigation. (Dkt. No. 18.) Mr. Hughes has full authority to make

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

NOTICE OF REQUEST FOR PERMISSION TO
APPEAR AT CASE MANAGEMENT CONFERENCE
3:15-CV-04219-HSG

1  decisions on behalf of Google about the issues that may arise at the Case Management
2  Conference. Accordingly, counsel requests that Mr. Rhodes be excused from attendance and that
3  Mr. Hughes be permitted to appear in his stead.

Dated: December 15, 2015

**COOLEY LLP**
MICHAEL G. RHODES (116127)
BRENDAN J. HUGHES (*pro hac vice*)
REBECCA GIVNER-FORBES (*pro hac vice*)

*/s/ Brendan J. Hughes*
Brendan J. Hughes

*Attorneys for Plaintiff Google Inc.*

### ORDER

**IT IS SO ORDERED.** Mr. Michael Rhodes is excused from appearing at the initial Case Management Conference on December 22, 2015. Mr. Brendan Hughes may appear in his stead on behalf of Plaintiff Google Inc.

Dated: December 16, 2015

Hon. Haywood S. Gilliam, Jr.

UNITED STATES DISTRICT JUDGE

125435718 v1