United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC.,

        Plaintiff,

  v.

LOCAL LIGHTHOUSE CORP.,

        Defendant.

Case No. 15-cv-04219-HSG

**SCHEDULING ORDER**

A hearing was held on December 22, 2015. The Court sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Litigation Event** | **Court Deadline** |
|---|---|
| Last day to amend pleadings | January 28, 2016 |
| Affirmative expert reports due | May 26, 2016 |
| Rebuttal expert reports due | June 29, 2016 |
| Close of discovery | August 4, 2016 |
| Last day to hear dispositive motions | October 6, 2016 at 2:00 p.m. |
| Pre-trial conference | December 13, 2016 at 3:00 p.m. |
| Jury trial | January 3, 2017 at 8:30 a.m. 5 days |

The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 12/22/2015

                                            HAYWOOD S. GILLIAM, JR.
                                            United States District Judge