COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: 415 693 2181
Facsimile: 415 693 2222

COOLEY LLP
BRENDAN J. HUGHES (*pro hac vice*)
(bhughes@cooley.com)
REBECCA GIVNER-FORBES (*pro hac vice*)
(rgivnerforbes@cooley.com)
1299 Pennsylvania Avenue, NW, Ste. 700
Washington, DC 20004
Telephone: 202 842 7826
Facsimile: 202 842 7899

Counsel for Plaintiff
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LOCAL LIGHTHOUSE CORP., a California corporation,<br><br>Defendant. | **Case No. 4:15-cv-04219-HSG**<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>JUDGE: HON. HAYWOOD S. GILLIAM, JR.<br>DATE: JULY 5, 2016<br>TIME: 2:00 PM<br>COURTROOM: 10<br>TRIAL DATE: JANUARY 3, 2017 |

Plaintiff Google Inc. ("Plaintiff") and Defendant Local Lighthouse Corp. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request that the Case Management Conference scheduled for July 5, 2016 be continued to July 19, 2016, or another date set by the Court.

The Parties hereby notify the Court that they expect to resolve this matter within the next week. The Parties respectfully request a continuance of the Case Management Conference to allow the Parties the opportunity to draw this matter to a prompt and efficient close without

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATED REQUEST TO CONTINUE
CASE MANAGEMENT CONFERENCE
4:15-CV-04219-HSG

unnecessary use of the Court's time.  The Parties will file an appropriate notice or stipulation with the Court as soon as they resolve this matter.

For the foregoing reasons, the Parties respectfully request that the Court continue the Case Management Conference to July 19, 2016 or another date thereafter at the Court's convenience. A proposed order is submitted herewith.

Dated: July 1, 2016  **COOLEY LLP**

MICHAEL G. RHODES (116127)

BRENDAN J. HUGHES (*pro hac vice*)

REBECCA GIVNER-FORBES  (*pro hac vice*)


*/s/ Brendan J. Hughes*

Brendan J. Hughes

*Counsel for Plaintiff Google Inc.*


Dated: July 1, 2016  **LAW OFFICES OF BRIAN M. DAVIS**

BRIAN M. DAVIS (SBN 241984)

JAMES G. HIGGINS (SBN 238188)


*/s/ Brian M. Davis*

Brian M. Davis

*Counsel for Defendant Local Lighthouse Corp.*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATED REQUEST TO CONTINUE
CASE MANAGEMENT CONFERENCE
4:15-CV-04219-HSG

# ORDER

Pursuant to Stipulation, the Case Management Conference scheduled for July 5, 2016 is hereby continued to July 19, 2016.

IT IS SO ORDERED, ADJUDICATED, and DECREED this 1st day of July, 2016.

*Haywood S. Gilliam Jr.*

HON.  HAYWOOD S. GILLIAM, JR.

United States District Judge

Northern District of California

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

**STIPULATED REQUEST TO CONTINUE
CASE MANAGEMENT CONFERENCE
4:15-CV-04219-HSG**

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Brendan J. Hughes, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on July 1, 2016 in Washington, D.C.

*/s/ Brendan J. Hughes*

Brendan J. Hughes

*Counsel for Plaintiff Google Inc.*

133821943 v1

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIPULATED REQUEST TO CONTINUE
CASE MANAGEMENT CONFERENCE
4:15-CV-04219-HSG