**THE LAW OFFICES OF BRIAN M. DAVIS**
260 Newport Center Drive, Suite 410
Newport Beach, California 92660
Telephone: (949) 258-0359
Facsimile: (949) 273-1070

Brian M. Davis (SBN 241984)
bdavis@bmdlegalgroup.com

Attorney for Defendant Local Lighthouse Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., a Delaware corporation,<br><br>             Plaintiff,<br>     v.<br><br>LOCAL LIGHTHOUSE CORP., a California corporation,<br><br>             Defendant. | Case No. 3:15-cv-4219-HSG<br><br>**DEFENDANT'S STATUS REPORT** |

     Pursuant to the Stipulated Judgment and Permanent Injunction filed with the Court on July 15, 2016 ("**Stipulated Judgment**"), Local Lighthouse Corp., a California corporation, ("**Defendant**") provides the following status report in this matter:

     1.    In an effort to fully comply with the Stipulated Judgment, Defendant held a company wide meeting on August 8, 2016. Declaration of Richard Paik ("**Paik Decl.**") ¶2. All officers, agents, servants, representatives, contractors who are conducting marketing activities on behalf of Defendant, employees, officers of parents and/or subsidiary corporations, affiliates, assigns and successors in interest were in attendance, with the exception of three Defendant employees, one of whom was on medical leave. *Id.*  Also present at this meeting was Defendant's counsel, Brian M. Davis ("**Davis**"). Declaration of Brian M. Davis ("**Davis Decl.**") ¶2. Pursuant to paragraph 12 of the Stipulated Judgment, Defendant provided a copy of the Stipulated Judgment to all in attendance.  Paik Decl. ¶2; Ex. "A."  Additionally, the two employees who were not on

medical leave but could not attend the meeting, subsequently received a copy of the Stipulated Judgment. *Id.*

2. During this meeting, Davis led a discussion in which he explained the terms of the Stipulated Judgment. Davis methodically went through the terms of the Stipulated Judgment, focusing on paragraphs 9 through 12. Davis Decl. ¶2. As Davis read aloud each line of paragraphs 9 through 12, he specifically stated which activities Defendant, and all parties acting on Defendant's behalf, were enjoined from engaging in and what affirmative steps Defendant, and all parties acting on Defendant's behalf, are required to perform pursuant to the terms of the Stipulated Judgment. *Id.* Davis emphasized that all Defendant's employees, agents and anyone acting on behalf of Defendant must rigorously comply with the terms of the Stipulated Judgment. *Id.* During this discussion, Davis answered questions from those in attendance to ensure all persons present understood how to specifically comply with the terms of the Stipulated Judgment. *Id*.

3. Also on August 8, 2016, and pursuant to paragraph 11 of the Stipulated Judgment, counsel for Defendant emailed counsel for Plaintiff the proposed wording for the Disclaimer Statement. Declaration of Samuel A. Reep ("**Reep Decl.**") ¶2; Ex. "B". As of the filing of this status report, counsel for Plaintiff has not approved, denied or proposed modifications to the proposed wording for the Disclaimer Statement. Reep Decl. ¶2; Davis Decl. ¶3.

DATED:  August 15, 2016                                  LAW OFFICES OF BRIAN M. DAVIS


By: _____
    Brian Mitchell Davis
    Attorney for Defendant Local
    Lighthouse Corp.

# CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2016, I filed the foregoing with the Clerk of Court through the CM/ECF system, and that a copy was served via ECF to:

COOLEY LLP
MICHAEL G. RHODES
101 California Street, 5th Floor
San Francisco, CA 94111

COOLEY LLP
BRENDAN J. HUGHES
REBECCA GIVNER-FORBES
1299 Pennsylvania Avenue, NW, Ste. 700
Washington, DC 20004

By: /s/ *Brian M. Davis*
    Brian M. Davis
    Attorneys for Defendant Local Lighthouse Corp.